IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. MC CURDY, JR., et al       :        CIVIL ACTION
                                      :
        v.                            :
                                      :
FIRST GENERAL CONSTRUCTION CORP.   :   NO.  03-6487

**O R D E R**

AND NOW, this            day of February, 2005, upon notification by counsel that the above-captioned matter has been settled, it is hereby ORDERED that the matter is marked SETTLED and CLOSED for statistical purposes.

The court specifically retains jurisdiction to enforce the terms of the Settlement Agreement.

BY THE COURT:

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE